Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| STEPHANIE FERNANDEZ | ) Chapter 13 )  ) Case No.: 8:09-bk-15304-TA ) ) **NOTICE OF UNCLAIMED DIVIDEND** ) **(Bankruptcy Rule 3010)** ) ) ) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301059** in the sum of **$   0.01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

STEPHANIE FERNANDEZ
6390 STANFORD CT
CYPRESS, CA 60682

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Claim | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 0915304 | STEPHANIE FERNANDEZ ACCT: | | XXX-XX-0215 | Claim: 00000 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | | | 0.01 | 0.00 | 0.01 |

STEPHANIE FERNANDEZ

BALANCE:                  [0.00  13/00000]
SSN: XXX-XX-0215    SSN:
ACCT:                          CASE: 0915304
PRINCIPAL:         0.01    INTEREST:          0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301059

Jul 24, 2011

VOID 90 DAYS FROM DATE

*********$0.01

**PAY**  Zero And 01/ 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301059⑈ ⑆061100790⑆ 000000575186 2⑈